# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-351-MOC-WCM

| | |
|---|---|
| **ROBERT V. WILKIE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **AMICA MUTUAL INSURANCE CO.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court Plaintiff's Motion to Dismiss Complaint with Prejudice. (Doc. No. 12). The Court **GRANTS** the motion, and this matter is dismissed with prejudice. To this extent, Defendant's pending Motion to Dismiss (Doc. No. 6), is **DENIED** as moot.

The Clerk is respectfully instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: March 12, 2020

Max O. Cogburn Jr.
United States District Judge

-1-