# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Robert V. Wilkie, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:19-cv-00351-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Amica Mutual Insurance Company, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2020 Order.

March 12, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court